# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Craig A. Hill                                                      CHAPTER 13
       Jessica R. Hill

                                                                             BKY. NO. 19-24301 TPA

                          Debtor(s)

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                                          Respectfully submitted,

                                          **/s/James C. Warmbrodt, Esquire**
                                          James C. Warmbrodt, Esquire
                                          Attorney I.D. No. 42524
                                          KML Law Group, P.C.
                                          BNY Mellon Independence Center
                                          701 Market Street, Suite 5000
                                          Philadelphia, PA 19106
                                          412-430-3594
                                          jwarmbrodt@kmllawgroup.com