# THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| CRAIG A. HILL | ) | Case No. 19-24301-TPA |
| JESSICA R. HILL, | ) | |
|     Debtor | ) | Chapter 13 |
| _____ | ) | |
| | ) | |
| JESSICA R. HILL, | ) | |
|     Movant | ) | |
| | ) | |
| vs. | ) | Related to Doc. No. |
| | ) | |
| GREENSBURG CARE CENTER, | ) | |
|     Respondent | ) | |

## **CERTIFICATE OF SERVICE**

    I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on the 11th day of March, 2020, a true and correct copy of the Order to Pay Trustee Pursuant to Wage Attachment together with Notification of Debtor's Social Security Number (Local Form No. 12) were served on the following at the following address(es), by First Class U.S. mail, postage prepaid:

Greensburg Care Center
119 Industrial Road
Greensburg, PA  15601


Date: 03/11/2020

/s/ Brian P. Cavanaugh, Esquire
Brian P. Cavanaugh, Esquire
Attorney for Debtor/Movant
PA ID 72691

Stewart, McArdle, Sorice, Whalen,
Farrell, Finoli & Cavanaugh, LLC
229 South Maple Avenue
Greensburg, PA  15601
(724) 836-0321, ext. 12
Fax: (724) 836-0224
bcavanaugh@greensburglaw.com