**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | ) | |
| CRAIG A. HILL | ) | |
| JESSICA R. HILL, | ) | Case No. 19-24301 |
| Debtors | ) | Chapter 13 |
| | ) | |
| JESSICA R. HILL, | ) | |
| Movant | ) | |
| vs. | ) | Document No. 24 |
| | ) | |
| G.U., INC., | ) | |
| Respondent | ) | |

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on the 11th day of March, 2020, a true and correct copy of the Order to Terminate the Order to Pay Trustee Pursuant to Wage Attachment was served on the following at the following address(es), by email and by First Class U.S. mail, postage prepaid:

e-mail: kn.kn@guinc1.net

G.U., Inc.
911 Ligonier Street, Suite 104
Latrobe, PA 15650

Date:  03/11/2020           /s/ Brian P. Cavanaugh, Esquire
                            Brian P. Cavanaugh, Esquire
                            Attorney for Debtor/Movant
                            PA ID 72691

                            Stewart, McArdle, Sorice, Whalen,
                            Farrell, Finoli & Cavanaugh, LLC
                            229 South Maple Avenue
                            Greensburg, PA  15601
                            (724) 836-0321, ext. 12
                            Fax: (724) 836-0224
                            bcavanaugh@greensburglaw.com