FILED
3/9/20 1:53 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | | |
| CRAIG A. HILL | ) | |
| JESSICA R. HILL, | ) | Case No. 19-24301 |
| Debtors | ) | Chapter 13 |
| | ) | |
| JESSICA R. HILL, | ) | |
| Movant | ) | |
| vs. | ) | Document No. 39 |
| | ) | |
| G.U., INC., | ) | |
| Respondent | ) | |
| SSN: xxx-xx-9500 | ) | |

## ORDER OF COURT

AND NOW, to wit, this <u>9th</u> day of <u>March</u>, 2020, it is hereby

ORDERED, ADJUDGED and DECREED, that the November 8, 2019 Order to Pay Trustee Pursuant to Wage Attachment issued to G.U., Inc. is hereby terminated.

BY THE COURT:

_____
Thomas P. Agresti        ljm
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Craig A. Hill  
Jessica R. Hill  
    Debtors

Case No. 19-24301-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: bsil     Page 1 of 1     Date Rcvd: Mar 09, 2020  
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2020.  
db/jdb        +Craig A. Hill,    Jessica R. Hill,    109 East Ridilla Road,    Latrobe, PA 15650-9500

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                         TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2020                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2020 at the address(es) listed below:  
            Brian P. Cavanaugh     on behalf of Joint Debtor Jessica R. Hill bcavanaugh@greensburglaw.com, cdubosky@greensburglaw.com  
            Brian P. Cavanaugh     on behalf of Debtor Craig A. Hill bcavanaugh@greensburglaw.com, cdubosky@greensburglaw.com  
            James Warmbrodt     on behalf of Creditor     PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com  
            Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
            Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
                                                                                                 TOTAL: 5