THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| CRAIG A. HILL | ) | Case No. 19-24301 |
| JESSICA R. HILL, | ) | |
|     Debtor | ) | Chapter 13 |
| _____ | | |
| JESSICA R. HILL, | ) | |
|     Movant | ) | |
| | ) | |
| vs. | ) | Related to Doc. No. |
| | ) | |
| GREENSBURG CARE CENTER, | ) | |
| | ) | |
|     Respondent | ) | |

**CERTIFICATE OF SERVICE**

    I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on the 19th day of March, 2020, a true and correct copy of the Order to Pay Trustee Pursuant to Wage Attachment together with Notification of Debtor's Social Security Number (Local Form No. 12) were served on the following at the following address(es), by First Class U.S. mail, postage prepaid:

Greensburg Care Center
114 Industrial Park Road
Greensburg, PA 15601


Date:  03/19/2020           /s/ Brian P. Cavanaugh, Esquire
                            Brian P. Cavanaugh, Esquire
                            Attorney for Debtor/Movant
                            PA ID 72691

                            Stewart, McArdle, Sorice, Whalen,
                            Farrell, Finoli & Cavanaugh, LLC
                            229 South Maple Avenue
                            Greensburg, PA  15601
                            (724) 836-0321, ext. 12
                            Fax: (724) 836-0224
                            bcavanaugh@greensburglaw.com