Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Craig A. Hill
Jessica R. Hill**
Debtor(s)

Bankruptcy Case No.: 19–24301–TPA
Per May 7, 2020 proceeding
Chapter: 13
Docket No.: 52 – 7, 37
Concil. Conf.: at

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated August 31, 2019 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☑ A.   For the remainder of the Plan term, the periodic Plan payment is amended to be $2436.00 as of May 2020. Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B.   The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C.   Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on at , in .* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D.   Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E.   The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F.    shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☐ G.   The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: .

☑ H.   Additional Terms: Attorney fees are based on a retainer of $1190.00

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*   **IT IS FURTHER ORDERED THAT:**

**A.**   After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**   Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**   Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.**   Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**   The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.**   In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Dated: May 18, 2020

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 19-24301-TPA
Craig A. Hill                                                           Chapter 13
Jessica R. Hill
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: lmar               Page 1 of 2          Date Rcvd: May 18, 2020
                              Form ID: 149             Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 20, 2020.
```
db/jdb         +Craig A. Hill,    Jessica R. Hill,    109 East Ridilla Road,    Latrobe, PA 15650-9500
15151327       +CBNA,    PO Box 6283,    Sioux Falls, SD 57117-6283
15151324       +Capital Accounts LLC,     1642 Westgate Circle,    Suite 204,    Brentwood, TN 37027-8195
15151328       +Citi Cards,    PO Box 6500,    Sioux Falls, SD 57117-6500
15151331        Conemaugh Memorial Medical Center,      PO Box 16243,    Pittsburgh, PA 15242-0243
15151336       +Conemaugh Physician Group,     1086 Franklin Street,     Johnstown, PA 15905-4398
15151337        Credit Management, Co.,     PO Box 16346,    Irwin, PA 15642
15151338       +DLP Conemaugh Physician Group,      1086 Franklin Street,    Johnstown, PA 15905-4305
15151339       +Latrobe Hospital,    One Mellon Way,     Latrobe, PA 15650-1197
15151341       +Lesco FCU,    PO Box 30495,    Tampa, FL 33630-3495
15151343       +Ligonier Gynecology LLC,     113 S Fairfield Street,     Ste2,   Ligonier, PA 15658-1163
15151345        PennyMac,    PO Box 514387,    Los Angeles, CA 90051-4387
15181681       +PennyMac Loan Services, LLC,     P.O. Box 2410,    Moorpark, CA 93020-2410
15151346       +Receivables Outsourcing, LLC,     PO Box 549,    Timonium, MD 21094-0549
15151347       +Recievable Outsourcing LLC,     PO Box 62850,    Baltimore, MD 21264-2850
15151350       +Vasco Federal Credit Union,     432 Depot Street,    Latrobe, PA 15650-1567
15151351      ++YAMAHA MOTOR FINANCE,     ATTN ATTN COLLATERAL DEPARTMENT,     PO BOX 2429,    CYPRESS CA 90630-1929
                 (address filed with court: Yamaha Motor Finance Corp,       6555 Katella Ave,    Cypress, CA 90630)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 19 2020 09:13:07
                 PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
15151325        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 19 2020 03:39:49      Capital One,
                 Bankruptcy Dept,    PO Box 30285,    Salt Lake City, UT 84130-0285
15168998        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 19 2020 03:40:18
                 Capital One Bank (USA), N.A.,     by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
15151326       +E-mail/Text: ebn@carepayment.com May 19 2020 03:35:29      Carepayment,    po Box 2398,
                 Omaha, NE 68103-2398
15151329       +E-mail/Text: bankruptcy@firstenergycorp.com May 19 2020 03:35:14      Collection Service Center,
                 839 Fifth Ave,    New Kensington, PA 15068-6303
15151330        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 19 2020 03:34:55      Comenity Bank,
                 Bankruptcy Dept,    PO Box 182125,    Columbus, OH 43218-2125
15159560        E-mail/Text: JCAP_BNC_Notices@jcap.com May 19 2020 03:35:20      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
15179459        E-mail/PDF: resurgentbknotifications@resurgent.com May 19 2020 03:39:59      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
15151344        E-mail/PDF: gecsedi@recoverycorp.com May 19 2020 03:39:24      Lowes - Synchrony Bank,
                 ATTN:  Bankruptcy Dept,    PO Box 965060,    Orlando, FL 32896-5060
15178427        E-mail/Text: bnc-quantum@quantum3group.com May 19 2020 03:35:00
                 Quantum3 Group LLC as agent for,     Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA  98083-0788
15151348        E-mail/PDF: gecsedi@recoverycorp.com May 19 2020 03:39:24      Synchrony Bank,
                 ATTN:  Bankruptcy Dept,    PO Box 965061,    Orlando, FL 32896-5061
15151571       +E-mail/PDF: gecsedi@recoverycorp.com May 19 2020 03:39:23      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
15151351        E-mail/Text: ymfus_collateral_department@yamaha-motor.com May 19 2020 03:34:42
                 Yamaha Motor Finance Corp,    6555 Katella Ave,    Cypress, CA 90630
                                                                                             TOTAL: 13
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PENNYMAC LOAN SERVICES, LLC
15151332*       Conemaugh Memorial Medical Center,     PO Box 16243,    Pittsburgh, PA 15242-0243
15151333*       Conemaugh Memorial Medical Center,     PO Box 16243,    Pittsburgh, PA 15242-0243
15151334*       Conemaugh Memorial Medical Center,     PO Box 16243,    Pittsburgh, PA 15242-0243
15151335*       Conemaugh Memorial Medical Center,     PO Box 16243,    Pittsburgh, PA 15242-0243
15151340*      +Latrobe Hospital,    One Mellon Way,    Latrobe, PA 15650-1197
15151342*      +Lesco FCU,    PO Box 30495,    Tampa, FL 33630-3495
15151349*       Synchrony Bank,    ATTN: Bankruptcy Dept,     PO Box 965061,    Orlando, FL 32896-5061
                                                                                    TOTALS: 1, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-2            User: lmar               Page 2 of 2              Date Rcvd: May 18, 2020
                                Form ID: 149             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2020                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 18, 2020 at the address(es) listed below:
              Brian P. Cavanaugh    on behalf of Joint Debtor Jessica R. Hill bcavanaugh@greensburglaw.com,
               cdubosky@greensburglaw.com
              Brian P. Cavanaugh    on behalf of Debtor Craig A. Hill bcavanaugh@greensburglaw.com,
               cdubosky@greensburglaw.com
              James   Warmbrodt    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```