## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| CRAIG A. HILL | ) | Case No. 19-24301-TPA |
| JESSICA R. HILL, | ) | |
|         Debtor | ) | Chapter 13 |
| _____ | ) | |
| | ) | |
| CRAIG A. HILL | ) | |
| JESSICA R. HILL, | ) | |
|         Movants | ) | |
| | ) | |
|     v. | ) | |
| | ) | |
| CBNA; Capital One Bank; Collection Service | ) | Doc No. |
| Center; Conemaugh Physician Grp; | ) | |
| Jefferson Capital Systems, LLC; Lesco FCU; | ) | |
| United States Trustee; Quantum3 Grp, LLC; | ) | |
| Synchrony Bank; PRA Receivables Management, | ) | |
| LLC; Capital Accounts, LLC; Carepayment; Comenity | ) | |
| Bank; Credit Management; LVNV Funding, LLC; | ) | |
| Ligonier Gynecology, LLC; PennyMac; Receivables | ) | |
| Outsourcing, LLC; Capital One; Citi Cards; | ) | |
| Conemaugh Memorial Medical Center; DLP | ) | |
| Conemaugh Physician Grp; Latrobe Hospital; | ) | |
| Lowes; PennyMac Loan Services, LLC; Vasco FCU; | ) | |
| Yamaha Motor Finance; Brian Nicholas; | ) | |
| Pennsylvania Department of Revenue; and Ronda | ) | |
| J. Winnecour, Chapter 13 Trustee, | ) | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE
REGARDING MOTION TO DISMISS CASE**

TO THE RESPONDENT(S):

    You are hereby notified that the above Movant seeks an order affecting your rights or property.

    You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than December 1, 2020, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov.  If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.  Please refer to the Judge's calendar posted on the website at www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled.

    You should take this to your lawyer at once.

    ***A Zoom Video Conference Hearing*** will be held on December 9, 2020, at 11:00 a.m. before Judge Thomas P. Agresti via the ***Zoom Video Conference Application*** ("Zoom"). To participate in and join a Zoom Hearing please initiate and use the following link at least 15 minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16021303488, or alternatively, you may use the following: Meeting ID: 160 2130 3488. For questions regarding the connection, contact Judge Agresti's Staff Lawyer, Atty. Courtney Helbling, at 814-464-9781. ***All attorneys and Parties may only appear by Zoom and must comply with Judge Agresti's Amended Notice of Temporary Modification of Appearance Procedures***, dated and effective June 10, 2020, which can be found on the Court's website at https://www.pawb.uscourts.gov/sites/default/files/pdfs/tpa-proc-appearances.pdf. Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises members of the general public should immediately contact Staff Attorney Courtney Helbling to make telephonic arrangements. Only ten minutes is being provided on the calendar. No witnesses will be heard. If an evidentiary hearing is required, it will be scheduled by the Court for a later date.

Date of service:  11-13-2020            /s/ Brian P. Cavanaugh
                                                              Brian P. Cavanaugh, Esquire
                                                              PA ID #72691
                                                              Attorney for Debtor/Movant

                                                              Stewart, McArdle, Sorice, Whalen,
                                                              Farrell, Finoli & Cavanaugh, LLC
                                                              229 South Maple Avenue
                                                              Greensburg, PA 15601
                                                              (724) 836-0321, ext. 12
                                                              Fax: (724) 836-0224
                                                              Email: bcavanaugh@greensburglaw.com