**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In Re:

| | | |
|---|---|---|
| CRAIG A. HILL | ) | Case No. 19-24301-TPA |
| JESSICA R. HILL, | ) | |
|             Debtor | ) | Chapter 13 |
| _____ | ) | |
| | ) | Doc No. |
| CRAIG A. HILL | ) | |
| JESSICA R. HILL, | ) | Related to Document No. 56 |
|             Movants | ) | |
| | ) | Hearing Date:  12-9-20 at |
| | ) | 11:00 a.m. via Zoom |
|        v. | ) | |
| | ) | |
| CBNA; Capital One Bank; Collection Service | ) | |
| Center; Conemaugh Physician Grp; | ) | |
| Jefferson Capital Systems, LLC; Lesco FCU; | ) | |
| United States Trustee; Quantum3 Grp, LLC; | ) | |
| Synchrony  Bank; PRA Receivables Management, | ) | |
| LLC; Capital Accounts, LLC; Carepayment; Comenity | ) | |
| Bank; Credit Management; LVNV Funding, LLC; | ) | |
| Ligonier Gynecology, LLC; PennyMac; Receivables | ) | |
| Outsourcing, LLC; Capital One; Citi Cards; | ) | |
| Conemaugh Memorial Medical Center; DLP | ) | |
| Conemaugh Physician Grp; Latrobe Hospital; | ) | |
| Lowes; PennyMac Loan Services, LLC; Vasco FCU; | ) | |
| Yamaha Motor Finance; Brian Nicholas; | ) | |
| Pennsylvania Department of Revenue; and Ronda | ) | |
| J. Winnecour, Chapter 13 Trustee, | ) | |
|             Respondents | | |

**CERTIFICATION OF NO OBJECTION REGARDING**
**MOTION TO DISMISS CASE**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Dismiss Case filed on November 13, 2020 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Dismiss Case appears thereon. Pursuant to the Notice of Hearing, objections to the Motion to Dismiss Case were to be filed and served no later than  December 1, 2020.

It is hereby respectfully requested that the Order attached to the Motion to Dismiss Case be entered by the Court.

Date of service:  12-03-2020

Respectfully submitted:
 /s/ Brian P. Cavanaugh
Brian P. Cavanaugh, Esquire
PA ID #72691
Attorney for Debtor/Movant

Stewart, McArdle, Sorice, Whalen,
Farrell, Finoli & Cavanaugh, LLC
229 South Maple Avenue
Greensburg, PA 15601
(724) 836-0321, ext. 12
Fax: (724) 836-0224
Email: bcavanaugh@greensburglaw.com