Form 309

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Craig A. Hill** : | Case No. 19−24301−TPA |
| **Jessica R. Hill** : | Chapter: 13 |
| *Debtor(s)* : | |
| : | |
| : | |
| : | Rel to Doc 56 |
| : | |

### ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 4th of December, 2020,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)  The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)  The Clerk shall give notice to all creditors of this dismissal.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Craig A. Hill  
Jessica R. Hill  
    Debtor(s)

Case No. 19-24301-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: lmar      Page 1 of 3  
Date Rcvd: Dec 04, 2020      Form ID: 309      Total Noticed: 29

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Craig A. Hill, Jessica R. Hill, 109 East Ridilla Road, Latrobe, PA 15650-9500 |
| 15151324 | + | Capital Accounts LLC, 1642 Westgate Circle, Suite 204, Brentwood, TN 37027-8195 |
| 15151331 | | Conemaugh Memorial Medical Center, PO Box 16243, Pittsburgh, PA 15242-0243 |
| 15151336 | + | Conemaugh Physician Group, 1086 Franklin Street, Johnstown, PA 15905-4398 |
| 15151337 | | Credit Management, Co., PO Box 16346, Irwin, PA 15642 |
| 15151338 | + | DLP Conemaugh Physician Group, 1086 Franklin Street, Johnstown, PA 15905-4305 |
| 15151339 | + | Latrobe Hospital, One Mellon Way, Latrobe, PA 15650-1197 |
| 15151341 | + | Lesco FCU, PO Box 30495, Tampa, FL 33630-3495 |
| 15151343 | + | Ligonier Gynecology LLC, 113 S Fairfield Street, Ste2, Ligonier, PA 15658-1163 |
| 15151345 | | PennyMac, PO Box 514387, Los Angeles, CA 90051-4387 |
| 15181681 | + | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15151346 | + | Receivables Outsourcing, LLC, PO Box 549, Timonium, MD 21094-0549 |
| 15151347 | + | Recievable Outsourcing LLC, PO Box 62850, Baltimore, MD 21264-2850 |
| 15151350 | + | Vasco Federal Credit Union, 432 Depot Street, Latrobe, PA 15650-1567 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Dec 05 2020 06:18:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15151327 | + | EDI: CITICORP.COM | Dec 05 2020 06:18:00 | CBNA, PO Box 6283, Sioux Falls, SD 57117-6283 |
| 15151325 | | EDI: CAPITALONE.COM | Dec 05 2020 06:18:00 | Capital One, Bankruptcy Dept, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15168998 | | EDI: CAPITALONE.COM | Dec 05 2020 06:18:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15151326 | + | Email/Text: ebn@carepayment.com | Dec 05 2020 05:30:00 | Carepayment, po Box 2398, Omaha, NE 68103-2398 |
| 15151328 | + | EDI: CITICORP.COM | Dec 05 2020 06:18:00 | Citi Cards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 15151329 | + | Email/Text: bankruptcy@firstenergycorp.com | Dec 05 2020 05:30:00 | Collection Service Center, 839 Fifth Ave, New Kensington, PA 15068-6303 |
| 15151330 | | EDI: WFNNB.COM | Dec 05 2020 06:18:00 | Comenity Bank, Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 15159560 | | EDI: JEFFERSONCAP.COM | Dec 05 2020 06:18:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15179459 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 05 2020 05:49:52 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15151344 | | EDI: RMSC.COM | | |

|         |                                              | Dec 05 2020 06:18:00 | Lowes - Synchrony Bank, ATTN: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
|---------|----------------------------------------------|----------------------|---|
| 15178427 | EDI: Q3G.COM                                 | Dec 05 2020 06:18:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15151348 | EDI: RMSC.COM                                | Dec 05 2020 06:18:00 | Synchrony Bank, ATTN: Bankruptcy Dept, PO Box 965061, Orlando, FL 32896-5061 |
| 15151571 | + EDI: RMSC.COM                              | Dec 05 2020 06:18:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15151351 | Email/Text: ymfus_bankruptcy@yamaha-motor.com | Dec 05 2020 05:29:00 | Yamaha Motor Finance Corp, 6555 Katella Ave, Cypress, CA 90630 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|----------|---------------|------------------|
| cr       |               | PENNYMAC LOAN SERVICES, LLC |
| 15151332 | *             | Conemaugh Memorial Medical Center, PO Box 16243, Pittsburgh, PA 15242-0243 |
| 15151333 | *             | Conemaugh Memorial Medical Center, PO Box 16243, Pittsburgh, PA 15242-0243 |
| 15151334 | *             | Conemaugh Memorial Medical Center, PO Box 16243, Pittsburgh, PA 15242-0243 |
| 15151335 | *             | Conemaugh Memorial Medical Center, PO Box 16243, Pittsburgh, PA 15242-0243 |
| 15151340 | *+            | Latrobe Hospital, One Mellon Way, Latrobe, PA 15650-1197 |
| 15151342 | *+            | Lesco FCU, PO Box 30495, Tampa, FL 33630-3495 |
| 15151349 | *             | Synchrony Bank, ATTN: Bankruptcy Dept, PO Box 965061, Orlando, FL 32896-5061 |

TOTAL: 1 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2020            Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2020 at the address(es) listed below:

| Name | Email Address |
|------|---------------|
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com |
| Brian P. Cavanaugh | on behalf of Joint Debtor Jessica R. Hill bcavanaugh@greensburglaw.com  bpcsecretary@greensburglaw.com |
| Brian P. Cavanaugh | on behalf of Debtor Craig A. Hill bcavanaugh@greensburglaw.com  bpcsecretary@greensburglaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

| | | |
|---|---|---|
| District/off: 0315-2 | User: lmar | Page 3 of 3 |
| Date Rcvd: Dec 04, 2020 | Form ID: 309 | Total Noticed: 29 |

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 5