**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

   CRAIG A HILL
   JESSICA R HILL
        Debtor(s)

Case No.:19-24301 TPA

Ronda J. Winnecour
       Movant
    vs.
No Respondents.

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 11/01/2019 and confirmed on 01/27/2020. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 23,445.28 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 23,445.28 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,500.00 | |
|   Trustee Fee | 1,442.42 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,942.42 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| PENNYMAC LOAN SERVICES LLC | 0.00 | 10,073.79 | 0.00 | 10,073.79 |
|   Acct: 7598 | | | | |
| PENNYMAC LOAN SERVICES LLC | 995.79 | 0.00 | 0.00 | 0.00 |
|   Acct: 7598 | | | | |
| LESCO EMPLOYEES FED CRED UNION | 49,118.57 | 7,690.26 | 1,738.81 | 9,429.07 |
|   Acct: 6603 | | | | |
| YAMAHA MOTOR CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 7077 | | | | |
| | | | | 19,502.86 |
| **Priority** | | | | |
| BRIAN P CAVANAUGH ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| CRAIG A HILL | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| STEWART MCARDLE ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| BRIAN P CAVANAUGH ESQ | 2,810.00 | 2,500.00 | 0.00 | 0.00 |
|   Acct: | | | | |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| | | * * * N O N E * * * | | | |

Unsecured

| | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| | CAPITAL ACCOUNTS LLC<br>Acct: XX31 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CAPITAL ONE BANK (USA) NA BY AMERIC<br>Acct: 5594 | 2,101.59 | 0.00 | 0.00 | 0.00 |
| | CARE PAYMENT<br>Acct: 8312 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CBNA<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | LVNV FUNDING LLC<br>Acct: 7063 | 2,107.36 | 0.00 | 0.00 | 0.00 |
| | COLLECTION SERVICE CENTER INC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | QUANTUM3 GROUP LLC - AGENT COMENI<br>Acct: 1859 | 702.99 | 0.00 | 0.00 | 0.00 |
| | CONEMAUGH MEMORIAL MED CNTR<br>Acct: 2396 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CONEMAUGH MEMORIAL MED CNTR<br>Acct: 3555 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CONEMAUGH MEMORIAL MED CNTR<br>Acct: 5636 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CONEMAUGH MEMORIAL MED CNTR<br>Acct: 4453 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CONEMAUGH MEMORIAL MED CNTR<br>Acct: 6593 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CONEMAUGH PHYSICIANS GROUP<br>Acct: 8311 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CMC<br>Acct: 1308 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CONEMAUGH PHYSICIANS GROUP<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | LATROBE HOSPITAL<br>Acct: 0285 | 0.00 | 0.00 | 0.00 | 0.00 |
| | LATROBE HOSPITAL<br>Acct: 0286 | 0.00 | 0.00 | 0.00 | 0.00 |
| | LESCO FEDERAL CREDIT UNION<br>Acct: 8395 | 0.00 | 0.00 | 0.00 | 0.00 |
| | LIGONIER GYNECOLOGY<br>Acct: 4182 | 30.00 | 0.00 | 0.00 | 0.00 |
| | JEFFERSON CAPITAL SYSTEMS LLC*<br>Acct: 3932 | 2,828.00 | 0.00 | 0.00 | 0.00 |
| | ROI/RECEIVABLES OUTSOURCING INC<br>Acct: 2396 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ROI/RECEIVABLES OUTSOURCING INC<br>Acct: 2632 | 0.00 | 0.00 | 0.00 | 0.00 |
| | JEFFERSON CAPITAL SYSTEMS LLC*<br>Acct: 9992 | 2,005.04 | 0.00 | 0.00 | 0.00 |
| | JEFFERSON CAPITAL SYSTEMS LLC*<br>Acct: 6079 | 0.00 | 0.00 | 0.00 | 0.00 |
| | SYNCHRONY BANK<br>Acct: 7542 | 0.00 | 0.00 | 0.00 | 0.00 |
| | VASCO FCU*<br>Acct: 7008 | 10,145.23 | 0.00 | 0.00 | 0.00 |
| | JEFFERSON CAPITAL SYSTEMS LLC*<br>Acct: 0001 | 249.93 | 0.00 | 0.00 | 0.00 |
| | KML LAW GROUP PC*<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| 19-24301 TPA | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 3 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

\* \* \* N O N E \* \* \*

| TOTAL PAID TO CREDITORS | | 19,502.86 |
|---|---|---|
| TOTAL CLAIMED | | |
| PRIORITY | 0.00 | |
| SECURED | 50,114.36 | |
| UNSECURED | 20.170.14 | |

Date: 12/31/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com